1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT LOPEZ, et al.,                        No.  2:17-cv-01493-KJM-CKD (PS)

12                   Plaintiff,

13         v.                                       ORDER

14    U.S. SUPERIOR COURTS, et al.,

15                   Defendant.

16

17         Plaintiffs are proceeding in this action pro se.  Plaintiffs have requested authority pursuant

18    to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by

19    Local Rule 302(c)(21).

20         Plaintiffs have submitted the affidavit required by § 1915(a) showing that plaintiffs are

21    unable to prepay fees and costs or give security for them.  Accordingly, the requests to proceed in

22    forma pauperis will be granted.  28 U.S.C. § 1915(a).

23         In the complaint, plaintiffs complain about an unlawful detainer action in state court, and

24    the failure to have a jury trial for said action.  The complaint, however, does not allege a valid

25    basis for subject matter jurisdiction in this court.  The federal courts are courts of limited

26    jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in

27    this venue.  Because there is no valid basis for federal subject matter jurisdiction evident in the

28    complaint, plaintiff will be ordered to show cause why this action should not be dismissed.

                                                  1

Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' requests to proceed in forma pauperis (ECF Nos. 2 & 3) are granted;

2. No later than September 7, 2017, plaintiffs shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated: August 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/ps.17-1493.lopez.IFP OSC

2